**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**Case No.: 1:19-CV-58-MOC-WCM**

**JENNIFER LONGO,**

**Plaintiff,**

**v.**

**ELIZABETH ASPINWALL, individually, and WESTERN CAROLINA UNIVERSITY,**

**Defendants.**

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be dismissed without prejudice.

Respectfully submitted, this the 21st day of January 2020.

JOSHUA H. STEIN
Attorney General

/s/Catherine F. Jordan
Catherine F. Jordan
Special Deputy Attorney General
NC State Bar No. 34030
cjordan@ncdoj.gov

/s/Zach Padget
Zach Padget
Assistant Attorney General
NC State Bar No. 46610
zpadget@ncdoj.gov

NC Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: 919-716-6920
Fax: 919-716-6764

*Attorneys for Defendants*

/s/Brad H. Ferguson
Brad H. Ferguson
NC State Bar No. 33256
bradferguson@gmail.com

Attorney at Law
1878 Camp Branch Road
Waynesville, NC 28786
Tel: 828.452.1655
Fax: 828.356.6517

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

This the 21st day of January 2020.

/s/Brad H. Ferguson
Brad H. Ferguson